April 18, Patriot's Day, 2005

Original to court

# United States District Court
# District of Rhode Island
## 1st CIRCUIT

VOLUME ONE OF TWO VOLUMES

05-CV-____ (---)

CA 05 347ML

Glendora,
Plaintiff

Vs

David Rockefeller, The Rockefeller Bank
Kykuit, Route 448
Sleepy Hollow, NY 10591

David Jackson and
J P Morgan Chase Bank
270 Park AV
New York, NY 10017

Manager Sue
3112 Route 22
Patterson, NY 12563

Carlos M Gutierrez and
Kellogg NA Co
Kellogg Sq
Battle Creek, MI 49017

VERIFIED

# COMPLAINT

JURY TRIAL DEMANDED

26

| |
|---|
| Daniel R Dom[illegible]guez and Amanuensis<br>150 Carlos Chardon St<br>Hato-Rey, Puerto Rico 00918 |
| Arthur D Spatt and Ghostwriter<br>100 Federal Plaza<br>Central Islip, NY 11722 |
| Joel M Flaum and Gino J Agnello<br>219 S Dearborn St<br>Chicago, Il 60604 |
| Lawrence L. Piersol<br>400 S Phillips Av<br>Sioux Falls,<br>South Dakota 57104 |
| William W Wilkins<br>1100 E Main St<br>Richmond, Va 23219 |
| Joseph F Bataillon<br>111 S 18th Plaza<br>Omaha, Nebraska 68102 |

Eliot Spitzer and
Monica Connell
120 Broadway
New York, NY 10271

Defendants.

M

14 Promiscuously defendants violated criminal code 18 USC § 1001. Glendora invokes 18 USC § 1961 et seq, Racketeer-Influenced-Crime-Organizations Act (RICO), to provide this court with subject-matter jurisdiction in conjunction with the complaints herein that cite criminal statutes, such as mail fraud, such as tampering with the record, inter alia.

## NO MAGISTRATES

15 No magistrate is to touch Glendora's action in any way without her consent in writing. This is the law, 28 USC § 636

## NO CLERKS

16 Glendora has a Constitutional right to an Article III Judge she

insists that a United States judge read her complaint, decide her complaint and sign every paper. This complaint is to be adjudicated, decided, determined and pronounced judicially and only judicially. Glendora will suffer no more of this synthetic, artificial and addled hoop-jumping by kid law clerks with acuminate heads. Glendora is adamant hereon.

17 The controlling phrase in all venue laws 28 USC § 1404 → is " in the interest of justice "; Congress said what it meant and meant what it said.

~~18 reserved~~

10 19 If you don't give me justice, if you rob me of due process, if you do any of this sua sponte stuff, I want my money back. This $150 comes out of my social security. You have a job to do: protect America, enforce the statutes, the US Constitution and the US code. You get $140,000 plus annually to achieve same.

20 This case has to be litigated by the plaintiff and the defendants. You are not to act as their defense attorney. They have to answer. If they don't, I get Federal-Rules-of-Civil-Procedure default judgment, Rule 55. You

are not to answer for them.

21 By common law, your job is simply to ansure that the rights of both parties are protected. when you cease to do this, you lose jurisdiction (28 US code sections 144 and 354).

22 Even with the multiple layers of self-interest and the scars taken by your soul to get this job, you can introcept that this is right for America.

23 reserved

Yours in truth and in amor patrize,
Glendora

WITH OUT PREJUDICE
UCC 1-207
GLENDORA

FILED

2005 AUG 15 P 3:17

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND