CA05-347 ML

Glendora is returning to you the paper she received 9/17/05 from a magistrate because the paper violates the United States Code. No magistrate is to touch Glendora's lawsuit without her consent in writing. She has not and will not give her consent in writing. Magistrate's paper is a nullity. Whatever clerk or whatever district judge gave Glendora's complaint to this magistrate is in violation of 28 USC § 636. This is actionable. Paper is being returned unread.

Herein is Glendora's Notice of motion and motion and affirmation in support for default judgment pursuant to Federal Rules of Civil Procedure Rule 55. All defendants are in default ex-

9/21/2005 Anno Domini/Autumnal Equinox

Box 124
Chatham, NY
12075

FILED
SEP 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND




Ernest C Torres
Chief Judge
US District Court/District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

lead defendants David Rockefeller Bank, David Jackson and J P Morgan Chase Bank. Said defendants returned Glendora's $100 to her. Defendants were served the complaint pursuant to Federal Rules of Civil Procedure Rule 4 (d) on 5/19/05. Excepting Rockefeller Through Chase, defendants have failed to defend and have failed to appear. Glendora is entitled to all of the relief stated in the wherefore of her complaint. Return date for this motion is two weeks October 7, 2005. Service of this paper as to this court's violation of the United States Code and as to this motion in default has been made on all defendants by US First Class Mail on 9/21/05. Remember lawyers are not licensed by the state. Yours in truth and in

amor patriae, Glendora,
48 TV stations and
www.AChatwithGlendora.com

Copies to Chief Judge Boudin,
US Court of Appeals, First Circuit
George McDermott, Candidate US Congress
Center for Judicial Accountability, Inc
Cable 1310
4 hrs $9

Cablevision Cecelia.

WITH OUT PREJUDICE
UCC 1-207
GLENDORA