# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GLENDORA

v.

**C.A. NO: 05-347ML**

**DAVID ROCKEFELLER BANK, et al**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants against the plaintiff, pursuant to the Memorandum and Order dated October 4, 2005 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond in part pursuant to Title 28 U.S.C. § 636(b)(1) DISMISSING the complaint.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: October 4, 2005**