District Court
Island
V-05-347

Glendora,
Plaintiff

Vs

David Rockefeller
Kykuit, Route 448
Sleepy Hollow, NY 10591

David Jackson and
J P Morgan Chase Bank
270 Park AV
New York, NY 10017

Manager Sue
3112 Route 22
Patterson, NY 12563

Carlos M Gutierrez and
Kellogg NA Co
1 Kellogg Sq
Battle Creek, MI 49017

Daniel R Dominguez and
Amanuensis
150 Carlos Chardon St
Hato-Rey, Puerto Rico
00918




Box 124
Chatham NY
12037

Mary M. Lisi
Lincoln D. Almond
Ernest C. Torres
United States District Court
District of Rhode Island
1 Exchange Ter
Providence, Rhode Island
02903

Notice is hereby given that this court, Lisi and Almond have violated the United States Code, ie, 28 USC §636, and this is actionable.

Lisi paper of court 4, therefore, is illegal and is, ergo, a nullity, as is the attached judgment. To be legal, a judgment has to be within the bounds of the United States Code.

Long ago Glendora won this case on her motion for default judgment, pursuant to Federal Rules of Civil Procedure, Rule 55.

Rhode Island federal court has lost its power to perform its powers legal, intellectual, moral, physical, spirit-

Arthur D Spett and
Ghostwriter
100 Federal Plaza
Central Islip, NY 11722

Joel M Flaum and
Gino J Agnello
219 S Dearborn St
Chicago, Il 60604

Lawrence L. Piersol
400 S Phillips Av
Sioux Falls,
South Dakota 57104

William W Wilkins
1100 E Main St
Richmond, Va 23219

Joseph F Bataillon
111 S 18th Plaza
Omaha, Nebraska
68102

Elliot Spitzer and
Monica Connell
120 Broadway
New York, NY 10271

Defendants

A chat with Glendore
on 44 TV Stations = 440 Municipalities
Including Washington, DC
Box 124 Ghent NY 914-949-9195
You can see Glendore's TV show on the Internet
www.AchatwithGlendore.com
24hrs/Day, 7 Days/Week
Stop cruelty to animals.
Stop injustice in the courts.
Sue Judges.

Yours in truth and in amor patriae,
Glendora
opus 1315, 5 hrs, $10

...ual, clerical and judicial.

Their slithers are a lie, a cheat and a cover-up, an actionable under criminal code 18 USC §1001

This court is already being sued for losing Glendora's $250 filing fee.

Add to their violations mail fraud.

Another federal judge bits the pits: Mary M Lisi

You are advertised as a court of justice. You have committed consumer fraud.

**Glendora demands you return her $250. This is a rip-off.**

Service is on all defendants by US First Class Mail on Oct 26, 05 and also on Center for Judicial Accountability, Inc, McDermott, BRS, LeBrun, Engan, Whitney, Glendora TV Audience (electronically), Glendora Internet Audience Boudin, Chief Judge 1st Circuit and 1,000,000 to 5,000,000

Dated October 24, 2005, Anno Domini • TV show and Internet # is 4206-2 • opus 1315

FILED 2005 OCT 28 U.S. DISTRICT OF [illegible]

FILED 2005 OCT 25 A [illegible]