05-00347
USDC-RIPR
J. Lisi

# United States Court of Appeals
## For the First Circuit

RECEIVED

MAR 22 2006

Property of U.S. District Court
District of Rhode Island

No. 05-2659

MANDATE

GLENDORA

Plaintiff - Appellant

v.

DAVID ROCKEFELLER BANK; DAVID JACKSON; J.P. MORGAN CHASE BANK; MANAGER SUE X; CARLOS GUTTIEREZ; KELLOGG NA CO.; DANIEL DOMINGUEZ; ARTHUR D. SPETT; JOEL M. FLAUM; GINO AGNELLO; LAWRENCE L. PIERSOL; JOSEPH F. BATAILLON; ELLIOTT SPITZER; MONICA CONNELL; WILLIAM W. WILKINS

Defendants - Appellees

2006 MAR 20 P 12: 02

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**JUDGMENT**
**Entered: February 27, 2006**

By notice issued 1/13/06 and 2/1/06, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by February 15, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/20/06

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[cc: Glendora, William W. Wilkins, Carlos Guttierez, Daniel Dominguez, Arthur D. Spett, Joel M. Flaum, Gino Agnello, Lawrenence L. Piersol, Joseph F. Bataillon, Monica Connell ]